DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES GENTRY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2585

[March 18, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 12-5038CF10A.

James Gentry, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***